FILED
2026 Sep-24 AM 11:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| AMBER RENEE WHITE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.: 7:25-cv-01218-MHH-JHE |
| | ) | |
| WARDEN BROTON, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

Petitioner Amber Renee White has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. She has asked the Court to order the Bureau of Prisons to apply First Step Act Earned Time Credits towards her remaining sentence. (Doc. 1). On August 17, 2026, the Magistrate Judge entered a report in which he recommended that the Court dismiss Ms. White's petition without prejudice for failure to exhaust administrative remedies. (Doc. 8). The Court has not received objections to the report.

Having reviewed the record in this case, the Court adopts the Magistrate Judge's report and accepts his recommendation. Consistent with that recommendation, by separate order, the Court will dismiss Ms. White's § 2241 petition.

**DONE** and **ORDERED** this September 24, 2026.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE